```
INTERNAL USE ONLY: Proceedings include all events.
04-15418 Dubin v. Real, et al

GARY VICTOR DUBIN                Gary Victor Dubin
      Plaintiff - Appellant      808/537-2300
                                 Suite 3100
                                 [COR NTC prs]
                                 55 Merchant St.
                                 Honolulu, HI 96813


    v.

MANUEL L. REAL, Individually     Thomas C. Stahl, Esq.
      Defendant - Appellee       619/557-5610
                                 Suite 6293
                                 [COR LD NTC usa]
                                 USSD - OFFICE OF THE U.S.
                                 ATTORNEY
                                 880 Front St.
                                 San Diego, CA 92101-8893

                                 Kenneth W. Rosenberg, Esq.
                                 FAX 202/514-8202
                                 202/514-1919
                                 [COR LD NTC aus]
                                 DOJ - U.S. DEPARTMENT OF
                                 JUSTICE
                                 Tax Division
                                 P.O. Box 502
                                 Washington, DC 20044

BANK OF HAWAII                   Katherine G. Leonard, Esq.
      Defendant - Appellee       FAX 808/523-0842
                                 808/523-2500
                                 Suite 2200
                                 [COR LD NTC ret]
                                 Allison G. Yee, Esq.
                                 FAX 808/523-0842
                                 808/523-2500
                                 Suite 2200
                                 [COR LD NTC ret]
                                 CARLSMITH BALL LLP
                                 1001 Bishop Street
                                 Honolulu, HI 96813

UNITED STATES INTERNAL REVENUE   Dennis Donohue, Esq.
SERVICE                          FAX            202
      Defendant - Appellee       202/307-6492
                                 [usa]
                                 Kenneth W. Rosenberg, Esq.
                                 (See above)
                                 [COR LD NTC aus]
                                 David Cheng, Esq.
                                 FAX
                                 202-307-6531
                                 [COR usa]
```

INTERNAL USE ONLY: Proceedings include all events.
04-15418 Dubin v. Real, et al

                                                DOJ - U.S. DEPARTMENT OF JUSTICE
                                                Tax Division
                                                P.O. Box 502
                                                Washington, DC 20044

UNITED STATES OF AMERICA       Thomas C. Stahl, Esq.
    Defendant - Appellee         (See above)
                                          [COR LD NTC usa]

                                                Kenneth W. Rosenberg, Esq.
                                                (See above)
                                                [COR LD NTC aus]

LESLIE E. OSBORNE, JR.,        Thomas C. Stahl, Esq.
Individually                       (See above)
    Defendant - Appellee         [COR LD NTC usa]

                                                Kenneth W. Rosenberg, Esq.
                                                (See above)
                                                [COR LD NTC aus]

JOHN F. PEYTON, Individually    Thomas C. Stahl, Esq.
    Defendant - Appellee         (See above)
                                          [COR LD NTC usa]

                                                Kenneth W. Rosenberg, Esq.
                                                (See above)
                                                [COR LD NTC aus]

JOHN CANDON, individually and    No appearance
as bankruptcy court-appointed    No appearance
trustee
    Defendant - Appellee         Don Jeffrey Gelber, Esq.
                                                FAX 808/531-6963
                                                808/524-0155
                                                Suite 1400
                                                [COR LD NTC ret]
                                                GELBER, GELBER, INGERSOLL & KLEVANSKY
                                                745 Fort Street
                                                Honolulu, HI 96813

CHARLES BANFE, Individually      Kenneth W. Rosenberg, Esq.
    Defendant - Appellee         (See above)
                                          [COR LD NTC aus]
                                                David Cheng, Esq.
                                                (See above)
                                                [COR usa]

DAVID A. EZRA, Individually      Thomas C. Stahl, Esq.
    Defendant - Appellee         (See above)
                                          [COR LD NTC usa]

INTERNAL USE ONLY: Proceedings include all events.
04-15418 Dubin v. Real, et al

                                    Kenneth W. Rosenberg, Esq.
                                    (See above)
                                    [COR LD NTC aus]

JUDICIAL COUNCIL OF APPEALS       Thomas C. Stahl, Esq.
FOR THE NINTH CIRCUIT             (See above)
    Defendant - Appellee           [COR LD NTC usa]

                                    Kenneth W. Rosenberg, Esq.
                                    (See above)
                                    [COR LD NTC aus]