Case 1:03-cv-00058-MEA    Document 62-5    Filed 09/28/2006    Page 1 of 1




Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 556-9800

September 22, 2006

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 26 2006
DISTRICT OF HAWAII

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 04-15418 | Dubin v. Real | CV-03-00058-MEA |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

*Ruben Talavera*
By: Ruben Talavera
Deputy Clerk

Enclosure(s)
cc: All Counsel